UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK

NOT FOR PUBLICATION

FEDERAL DEPOSIT INSURANCE  
CORPORATION, IN ITS CAPACITY AS  
RECEIVER FOR NETBANK, FSB  
                            Plaintiff,  
              - versus -  
SIDNEY HOYLE and SIDNEY HOYLE d/b/a  
SIDNEY HOYLE APPRAISERS  
                            Defendants.

ORDER  
Case # 10-CV-4245 (JG)

JOHN GLEESON, United States District Judge:

      There being no objections to Magistrate Judge Pohoreklsky's thorough Report and Recommendation, I hereby adopt it.  The Clerk is directed to enter judgment in favor of the plaintiff in the amount of $265,000, and prejudgment interest in the amount of $121,733.02 plus $65.34 per day from August 1, 2012 to the date of judgment.

                                                So ordered.

                                                John Gleeson, U.S.D.J.

Dated: September 13, 2012  
       Brooklyn, New York